IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SHRIPAL D. SHAH | * | |
| PLAINTIFF | * | CIVIL ACTION NO. |
| v. | * | |
| GOVIND, INC. MINA A. DESAI | * | 4:16-CV- 240 (CDL) |
| | * | |
| DEFENDANTS | | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

This matter came before the Court upon the Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice filed by Shripal D. Shah ("Plaintiff"), on one hand, and Defendants Govind, Inc. and Mia A. Desai (collectively, "Defendants"), on the other hand (collectively, the "Parties"). Upon consideration the Joint Motion and the Court's *in camera* review of the Parties' Settlement Agreement (the "Agreement"), the Court finds as follows:

Plaintiff filed this lawsuit on June 2, 2016, in the Superior Court of Muscogee County, Georgia, CA No. SU-16-CV-1621-08. It was timely removed to the United States District Court for the Middle District of Georgia (the "Lawsuit") pleading jurisdiction based on federal question and invoking ancillary jurisdiction on state claims sounding in contract and tort. In the Lawsuit, Plaintiff asserts, *inter alia*, that he was not paid overtime and/or minimum wage earned and due under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Defendants assert that Plaintiff was not entitled to any damages based on his allegations in the lawsuit. The Parties therefore have a bona fide dispute regarding Plaintiff's FLSA claims.

The Agreement includes: (1) payment to Plaintiff of $15,000.00 as wages from which appropriate withholdings will be had; and (2) payment of $15,000.00 as liquidated damages to Plaintiff representing all other damages. The Parties' counsel calculated the amounts owed to

*Plaintiff using the following methodology: Plaintiff worked approximately 60 allowable hours per week for which he was paid straight time. With overtime differential at $3.625 per hour, Plaintiff should receive $72.50 (20 hours multiplied by $3.625 hourly rate) for every week he worked during the 3-year statutory period in which he asserts that he was underpaid, or $11,310.00, compromised by dispute to $15,000 and the other half is for liquidated damage to cover all damages in addition to the foregoing, total payment shall be $30,000.00.*

The Agreement also includes: (1) a non-admissions clause; (2) a release of all Plaintiff's claims against Defendants, except those claims that cannot be released under applicable law; (3) dismissal with prejudice of Plaintiff's claims in the Lawsuit; and (4) confidentiality and non-disparagement provisions together with a covenant to provide a neutral employment reference by Defendants.

As set forth in the Parties' Joint Motion, Plaintiff has been represented by counsel throughout the pendency of the Lawsuit. The Parties engaged in informal discovery and document exchange which enabled them to assess the potential risks of litigation. After exploration of mutual records, the parties entered into a negotiated settlement of the claims in the Lawsuit. Plaintiff's counsel believes the settlement is fair, adequate, reasonable, and is in Plaintiff's best interests.

The Court finds that the provisions in the Agreement and the totality of the settlement and the circumstances surrounding the negotiation of the settlement to constitute a "fair and reasonable" resolution of a bona fide dispute regarding the claims released by the Agreement.

Pursuant to the agreement of the parties, Govind, Inc. and/or Mina A. Desai shall provide the amounts identified in this order within fifteen (15) business days after receiving all of the following items: (1) a facsimile of this Agreement appropriately signed and dated by Plaintiff; and (2) an Order from this Court approving the settlement between the Parties and dismissing, with prejudice, all claims against Defendants in the above captioned matter.

Accordingly, it is hereby **ORDERED** that the Joint Motion is **GRANTED,**

IT IS SO ORDERED this 22nd day of May, 2017.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

| *s/ John W. Roper* | *s/Christopher L. Meacham* |
|---|---|
| John W. Roper | Christopher L. Meacham |
| GA Bar No. 614159 | GA Bar No. 500050 |
| The Roper Law Firm | Cody B. Gillies |
| The Corporate Center | GA Bar No. 415883 |
| 233 12th Street, Suite 602 | MEACHAM & EARLEY, P.C. |
| Columbus, GA 31901 | 5704 Veterans Parkway |
| Telephone: (706) 596-5353 | P.O. BOX 9031 |
| Facsimile: (706) 596-5383 | Columbus, GA 31904 |
| johnroper@roperlaw.com | Telephone: (706) 576-4064 |
| *Attorney for Defendants* | clmeacham@mejlaw.net |
| | cgillies@mejlaw.net |
| | *Attorneys for Plaintiff* |